GRACE M. GRAHAM, as Executrix of EDWARD C. CLIFFORD, Deceased, Appellant, *v.* ISRAEL O. BLAKE et al., as Executors of ISRAEL O. BLAKE, Deceased, et al., Respondents, et al., Defendants.

Argued June 16, 1943; decided October 14, 1943.

*Harry Bijur, Otto C. Sommerich* and *Harold H. Herts* for appellant.

*Thomas F. Daly, Joyce Stanley* and *Frank P. Ufford* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.